# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Talitha Broughton,<br><br>    Plaintiff<br>v.<br><br>Andrew Saul, Acting Commissioner of Social Security,<br><br>    Defendant | Case No. 2:18-cv-02188-JAD-EJY<br><br>**Order Adopting Report and Recommendation, Denying Motion for Remand, and Granting Cross-Motion to Affirm**<br><br>[ECF Nos. 14, 17, 22] |

Talitha Broughton brings this action to review the Commissioner of Social Security's denial of her application for disability-insurance benefits. Having thoughtfully considered Broughton's motion to remand and the Commissioner's cross-motion to affirm in a 25-page report and recommendation, Magistrate Judge Elayna J. Youchah recommends that I deny Broughton's motion to remand and grant the Commissioner's cross-motion.[1] The deadline for objections to that recommendation has passed, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 22] is ADOPTED** in full;

IT IS FURTHER ORDERED that plaintiff's motion for reversal or remand **[ECF No. 14] is DENIED** and the Commissioner's cross-motion to affirm **[ECF No. 17] is GRANTED**. The

---

[1] ECF No. 22.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

decision below is AFFIRMED, and with good cause appearing and no reason to delay, the Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.

Dated: March 20, 2020

_____
U.S. District Judge Jennifer A. Dorsey