AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Talitha Broughton,

          Plaintiff,

v.

Andrew Saul, Acting Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02188-JAD-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Defendant and against the Plaintiff.

03/20/20  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk